IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    August Signorini, Jr
    Beth Signorini,

                 Debtors,

    August Signorini, Jr
    Beth Signorini,

                 Movants,

No Respondent

                 Respondent.

Bankruptcy No. 19-21899-CMB

Chapter 13

Related to Document No.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the June 13, 2019 Interim Order Confirming Plan and the Amended Chapter 13 Plan by prepaid first class US mail on September 3, 2019 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

Dated:  09/03/2019

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          PRA Receivables Management, LLC        U.S. Bankruptcy Court
0315-2                                   PO Box 41021                           5414 U.S. Steel Tower
Case 19-21899-CMB                        Norfolk, VA 23541-1021                 600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                Pittsburgh, PA 15219-2703
Pittsburgh
Tue Sep  3 10:14:51 EDT 2019

Ally Bank                                Ally Financial                         American Express National Bank
PO Box 130424                            Attn: Bankruptcy Dept                  c/o Becket and Lee LLP
Roseville MN 55113-0004                  Po Box 380901                          PO Box 3001
                                         Bloomington, MN 55438-0901             Malvern  PA 19355-0701


Amex                                     CREDIT FIRST NA                        Capital One
Correspondence/Bankruptcy                PO BOX 818011                          Attn: Bankruptcy
Po Box 981540                            CLEVELAND, OH 44181-8011               Po Box 30285
El Paso, TX 79998-1540                                                          Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.             Chase Card Services                    Citibank, N.A.
by American InfoSource as agent          Attn: Bankruptcy                       701 East 60th Street North
PO Box 71083                             Po Box 15298                           Sioux Falls, SD 57104-0493
Charlotte, NC  28272-1083                Wilmington, DE 19850-5298


Citibank/The Home Depot                  Comenity Bank/Full Beauty              Comenity Bank/Kay Jewelers
Attn: Recovery/Centralized Bankruptcy    Attn: Bankuptcy                        Attn: Bankruptcy Dept
Po Box 790034                            Po Box 182125                          Po Box 182125
St Louis, MO 63179-0034                  Columbus, OH 43218-2125                Columbus, OH 43218-2125


Comenity Bank/Roamans                    Credit First National / Firestone      Credit One Bank
Attn: Bankruptcy                         Attn: Bankruptcy                       Attn: Bankruptcy Department
Po Box 182125                            Po Box 81315                           Po Box 98873
Columbus, OH 43218-2125                  Cleveland, OH 44181-0315               Las Vegas, NV 89193-8873


Fingerhut                                JPMorgan Chase Bank, N.A.              LVNV Funding, LLC
Attn: Bankruptcy                         s/b/m/t Chase Bank USA, N.A.           Resurgent Capital Services
Po Box 1250                              JPMC                                   PO Box 10587
Saint Cloud, MN 56395-1250               c/o National Bankruptcy Services, LLC  Greenville, SC 29603-0587
                                         P.O. Box 9013
                                         Addison, Texas 75001-9013

Loandepo.co                              Office of the United States Trustee    Paypal Credit
Attn:  Bankruptcy Dept                   Liberty Center.                        P.O. Box 105658
26642 Towne Center Dr                    1001 Liberty Avenue, Suite 970         Atlanta, GA 30348-5658
Foothill Ranch, CA 92610-2808            Pittsburgh, PA 15222-3721


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for        Quantum3 Group LLC as agent for
PO BOX 41067                             Bluestem and SCUSA                     Comenity Bank
NORFOLK VA 23541-1067                    PO Box 788                             PO Box 788
                                         Kirkland, WA  98083-0788               Kirkland, WA  98083-0788


Santander Consumer USA                   St. Clair Hospital                     St. Clair Hospital
Attn: Bankruptcy                         P.O. Box 640831                        P.O. Box 791486
Po Box 961245                            Pittsburgh, PA 15264-0831              Baltimore, MD 21279-1486
Fort Worth, TX 76161-0244
```

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/QVC<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | US Bank National Association<br>c/.o Christopher DeNardo, Esq.<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 |
| US BankCorp<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | USB Leasing LT<br>c/o U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |
| West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | World's Foremost Bank / Cabellas<br>Attn: Bankruptcy<br>4800 Nw 1st St<br>Lincoln, NE 68521-4463 | loanDepot.com, LLC<br>c/o Cenlar FSB<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 |
| August C. Signorini Jr.<br>360 980 Road<br>McDonald, PA 15057-2896 | Beth A. Signorini<br>360 980 Road<br>McDonald, PA 15057-2896 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6805 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LOANDEPOT.COM, LLC

End of Label Matrix
Mailable recipients    49
Bypassed recipients     1
Total                  50