## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-21899-CMB |
| August C. Signorini, Jr. | ) | |
| Beth A. Signorini | ) | Chapter 13 |
| | ) | Document No. _____ |
| Debtors | ) | Related to Document No. 37 |
| | ) | |

## CONSENT ORDER MODIFYING NOVEMBER 26, 2019 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 26, 2019 it is

ORDERED that the November 26, 2019 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as August 30, 2019 (Document #28) instead of May 9, 2019 (Document #7).

ORDERED that Part "1.H" be amended to add that a Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

The confirmation order dated November 26, 2019 remains in full force and effect with the only changes being the date of the confirmed plan, and the addition of language regarding the fee application.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/David A. Rice
David A. Rice
Attorney for the debtors
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net