IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 19-21899-CMB
August C. Signorini, Jr. )
Beth A. Signorini )
) Chapter 13
) Document No. 47
Debtors ) Related to Document No. 37
)

## CONSENT ORDER MODIFYING NOVEMBER 26, 2019 ORDER

AND NOW, this __18th__ day of __February__, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 26, 2019 it is

ORDERED that the November 26, 2019 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as August 30, 2019 (Document #28) instead of May 9, 2019 (Document #7).

ORDERED that Part "1.H" be amended to add that a Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

The confirmation order dated November 26, 2019 remains in full force and effect with the only changes being the date of the confirmed plan, and the addition of language regarding the fee application.

BY THE COURT:

_/s/ Carlota M. Böhm_
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

FILED
2/18/20 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/David A. Rice
David A. Rice
Attorney for the debtors
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 19-21899-CMB
August C. Signorini, Jr.                                           Chapter 13
Beth A. Signorini
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr                  Page 1 of 2                  Date Rcvd: Feb 18, 2020
                              Form ID: pdf900             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db/jdb         +August C. Signorini, Jr.,    Beth A. Signorini,    360 980 Road,    McDonald, PA 15057-2896
15070680        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
15049243       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
15087122        CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
15049245       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15089363       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15049246       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15049250       +Credit First National / Firestone,    Attn: Bankruptcy,    Po Box 81315,
                 Cleveland, OH 44181-0315
15064591       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15049255       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
15049257       +St. Clair Hospital,    P.O. Box 791486,    Baltimore, MD 21279-1486
15049261       +US Bank National Association,    c/.o Christopher DeNardo, Esq.,    3600 Horizon Drive,
                 Suite 150,    King of Prussia, PA 19406-4702
15049262       +US BankCorp,    Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201-5229
15081059        USB Leasing LT,    c/o U.S. Bank National Association,    Bankruptcy Department,    PO Box 5229,
                 Cincinnati, Ohio 45201-5229
15049263       +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
15081704        Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
15089160       +loanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:26:33
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:24:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr              E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:57      Quantum3 Group LLC,
                 Sadino Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
15088993        E-mail/Text: ally@ebn.phinsolutions.com Feb 19 2020 03:11:41       Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
15049242       +E-mail/Text: ally@ebn.phinsolutions.com Feb 19 2020 03:11:41       Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15049244       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:11:14      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15081190        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:10:42
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15049247       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 03:11:51      Comenity Bank/Full Beauty,
                 Attn: Bankuptcy,    Po Box 182125,    Columbus, OH 43218-2125
15049248       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 03:11:51      Comenity Bank/Kay Jewelers,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
15049249       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 03:11:52      Comenity Bank/Roamans,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15049251       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 19 2020 03:10:44      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15049252       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 19 2020 03:12:31      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15072833        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 03:10:45      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15049253       +E-mail/Text: bknotification@loandepot.com Feb 19 2020 03:12:40      Loandepo.co,
                 Attn: Bankruptcy Dept,    26642 Towne Center Dr,    Foothill Ranch, CA 92610-2808
15187426        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:10:43
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
15088992        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:11:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15049254       +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:42      Paypal Credit,    P.O. Box 105658,
                 Atlanta, GA 30348-5658
15084163        E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:56
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15084161        E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:56
                 Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
                 Kirkland, WA  98083-0788
15121355        E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:57
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
15049256       +E-mail/Text: PFS.Analyst@stclair.org Feb 19 2020 03:12:31      St. Clair Hospital,
                 P.O. Box 640831,    Pittsburgh, PA 15264-0831
15049695       +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-2           User: gamr                  Page 2 of 2                   Date Rcvd: Feb 18, 2020
                               Form ID: pdf900             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15086465         +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:11:14      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15049258         +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:42      Synchrony Bank/Amazon,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15049259         +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:42      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15049260         +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:57      Synchrony Bank/QVC,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15084271          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2020 03:10:45       Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15049264         +E-mail/Text: bankruptcy@firstenergycorp.com Feb 19 2020 03:12:15      West Penn Power,
                  P.O. Box 3687,    Akron, OH 44309-3687
15058973         +E-mail/Text: bankruptcy@firstenergycorp.com Feb 19 2020 03:12:15      West Penn Power,
                  5001 NASA Blvd,    Fairmont WV 26554-8248
15049265         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:11:15
                  World's Foremost Bank / Cabellas,    Attn: Bankruptcy,    4800 Nw 1st St,
                  Lincoln, NE 68521-4463
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               LOANDEPOT.COM, LLC
15187427*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
                                                                                      TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
          David A. Rice   on behalf of Debtor August C. Signorini, Jr. ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David A. Rice   on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James   Warmbrodt    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden   on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net
          Scott R. Lowden   on behalf of Debtor August C. Signorini, Jr. niclowlgl@comcast.net
                                                                                               TOTAL: 7
```