IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

August Signorini,
Beth Signorini,

Bankruptcy No. 19-21899-CMB

Debtors,

August Signorini,
Beth Signorini,

Chapter 13

Movants,

Related to Document No.

No Respondent

Respondent.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the December 22, 2020 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated December 18, 2020 by prepaid first-class US mail on December 23, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

Dated:  12/23/2020

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

Label Matrix for local noticing
0315-2
Case 19-21899-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Dec 22 08:48:30 EST 2020

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Quantum3 Group LLC
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438-0901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Comenity Bank/Full Beauty
Attn: Bankuptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Kay Jewelers
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Roamans
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit First National / Firestone
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181-0315

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395-1250

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
JPMC
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Loandepo.co
Attn:  Bankruptcy Dept
26642 Towne Center Dr
Foothill Ranch, CA 92610-2808

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Paypal Credit
P.O. Box 105658
Atlanta, GA 30348-5658

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Bluestem and SCUSA
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

St. Clair Hospital
P.O. Box 640831
Pittsburgh, PA 15264-0831

St. Clair Hospital
P.O. Box 791486
Baltimore, MD 21279-1486

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/QVC
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

US Bank National Association
c/.o Christopher DeNardo, Esq.
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406-4702

US BankCorp
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201-5229

USB Leasing LT
c/o U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
P.O. Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

World's Foremost Bank / Cabellas
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521-4463

loanDepot.com, LLC
c/o Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618-1430

August C. Signorini Jr.
360 980 Road
McDonald, PA 15057-2896

Beth A. Signorini
360 980 Road
McDonald, PA 15057-2896

David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301-6806

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LOANDEPOT.COM, LLC

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53