IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| August C Signorini, Jr., | : | Bankruptcy No. 19-21899-CMB |
| Beth A Signorini, | : | |
| Debtors, | : | |
| | : | |
| Beth A Signorini, | : | Chapter 13 |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| General & Vascular Surgery Assoc., | : | |
| Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay
Trustee Pursuant to Wage Attachment Dated December 2, 2021 and a completed
Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on
December 3, 2021.


General & Vascular Surgery Assoc.
1050 Bower Hill Road, Suite 309
Pittsburgh, PA  15243


Attorney for Movants:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329