## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE: August C. Signorini, Jr., and** ) | |
| **Beth A. Signorini** ) | **Case No. 19-21899-CMB** |
| ) | |
| ) | **Chapter 13** |
| ) | |
| **Debtor(s).** ) | |
| _____X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:

☐      a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:   <u>August C. Signorini, Jr., and Beth A. Signorini</u>

☐      a motion to lift stay
as to creditor  _____

☒      Other:     <u>The debtors have fallen behind on plan payments due to employer remittances that were short of plan payments for 3/2021 and 8/2021</u>

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated <u>December 8, 2020</u>

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒      Debtor(s) Plan payments shall be changed from $ <u>2,505.00</u> to
$ <u>2,525.00</u> per <u>Month</u>, effective <u>January 1, 2022</u>; and/or the Plan term

-1-

shall be changed from ____ months to _____ months.                                    .

❑   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑   Debtor(s) shall file and serve _____ on or before _____.

❑   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑   Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___2nd___ day of ___December___ , 2021

Dated: _____12/2/2021_____

_____Carlota M. Böhm_____
dmk
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

_/s/ Scott R. Lowden_____          _/s/ Owen Katz_____
Scott R. Lowden - Counsel to Debtor      Owen Katz - Counsel to Chapter 13 Trustee
PA ID 72116
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 374-7161

FILED
12/2/21 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

August C. Signorini, Jr.

Beth A. Signorini

    Debtors

Case No. 19-21899-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: dpas                         Page 1 of 4

Date Rcvd: Dec 02, 2021               Form ID: pdf900                   Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |
| 15070680 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15049243 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15064591 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001-9013 |
| 15049255 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049257 | + | St. Clair Hospital, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15049261 | + | US Bank National Association, c/.o Christopher DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 15049263 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15081704 | | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15089160 | + | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2021 23:24:01 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:24:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2021 23:24:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2021 23:12:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15088993 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2021 23:11:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15049242 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2021 23:11:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15087122 | | Email/Text: BKPT@cfna.com | Dec 02 2021 23:11:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15049244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:23:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:24:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15089363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15049246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citibank/The Home Depot, Attn: |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15049247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |
|  |  | Dec 02 2021 23:12:00 | Comenity Bank/Full Beauty, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |
|  |  | Dec 02 2021 23:12:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15049249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |
|  |  | Dec 02 2021 23:12:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049250 | + | Email/Text: BKPT@cfna.com |  |
|  |  | Dec 02 2021 23:11:00 | Credit First National / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15049251 | + | Email/PDF: creditonebknotifications@resurgent.com |  |
|  |  | Dec 02 2021 23:23:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15049252 |  | Email/Text: bnc-bluestem@quantum3group.com |  |
|  |  | Dec 02 2021 23:12:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15049245 |  | Email/PDF: ais.chase.ebn@aisinfo.com |  |
|  |  | Dec 02 2021 23:24:06 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15072833 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |
|  |  | Dec 02 2021 23:23:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15049253 | + | Email/Text: bknotification@loandepot.com |  |
|  |  | Dec 02 2021 23:12:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15187426 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |
|  |  | Dec 02 2021 23:24:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15088992 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |
|  |  | Dec 02 2021 23:24:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15049254 | + | Email/PDF: gecsedi@recoverycorp.com |  |
|  |  | Dec 02 2021 23:24:05 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15121355 |  | Email/Text: bnc-quantum@quantum3group.com |  |
|  |  | Dec 02 2021 23:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15084161 |  | Email/Text: bnc-quantum@quantum3group.com |  |
|  |  | Dec 02 2021 23:12:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15084163 |  | Email/Text: bnc-quantum@quantum3group.com |  |
|  |  | Dec 02 2021 23:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049255 | + | Email/Text: enotifications@santanderconsumerusa.com |  |
|  |  | Dec 02 2021 23:12:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049256 | + | Email/Text: PFS.Analyst@stclair.org |  |
|  |  | Dec 02 2021 23:12:00 | St. Clair Hospital, P.O. Box 640831, Pittsburgh, PA 15264-0831 |
| 15086465 | + | Email/PDF: gecsedi@recoverycorp.com |  |
|  |  | Dec 02 2021 23:24:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15049695 | + | Email/PDF: gecsedi@recoverycorp.com |  |
|  |  | Dec 02 2021 23:23:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049258 | + | Email/PDF: gecsedi@recoverycorp.com |  |
|  |  | Dec 02 2021 23:24:05 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049259 | + | Email/PDF: gecsedi@recoverycorp.com |  |
|  |  | Dec 02 2021 23:24:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049260 | + | Email/PDF: gecsedi@recoverycorp.com |  |
|  |  | Dec 02 2021 23:24:06 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15049262 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com |  |
|  |  | Dec 02 2021 23:12:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15081059 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com |  |

| | | Dec 02 2021 23:12:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15084271 | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2021 23:23:56 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15049264 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 02 2021 23:12:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15058973 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 02 2021 23:12:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15049265 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:24:01 | World's Foremost Bank / Cabellas, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 15187427 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2021                         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor August C. Signorini Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net |
| Scott R. Lowden | |

District/off: 0315-2                          User: dpas                                    Page 4 of 4
Date Rcvd: Dec 02, 2021                       Form ID: pdf900                           Total Noticed: 48

on behalf of Debtor August C. Signorini Jr. niclowlgl@comcast.net

TOTAL: 7