IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 19-21899 CMB |
| August C. Signorini, Jr. | ) |
| Beth A. Signorini | ) |
|     Debtor (s) | ) |
| | ) Chapter 13 |
| August C. Signorini, Jr. | ) |
| Beth A. Signorini | ) |
|     Movant(s) | ) |
| v. | ) Document No. 68 |
| | ) |
| loanDepot.com, LLC | ) |
| | ) |
|     Respondent(s) | ) |

ORDER OF COURT

AND NOW, this ___2nd___ day of ___December___, 2021

It is ORDERED that time to comply with LBR 3002-4 be extended to December 31, 2021.

FILED
12/2/21 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court:

*Carlota M. Böhm*   dmk

United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-21899-CMB
August C. Signorini, Jr.  Chapter 13
Beth A. Signorini
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2
Date Rcvd: Dec 02, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Debtor August C. Signorini Jr. ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net lowdenscott@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden

District/off: 0315-2      User: dpas      Page 2 of 2
Date Rcvd: Dec 02, 2021      Form ID: pdf900      Total Noticed: 1

Scott R. Lowden
     on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net

     on behalf of Debtor August C. Signorini Jr. niclowlgl@comcast.net

TOTAL: 7