IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21899-CMB |
| August C Signorini, | : | |
| Beth A Signorini | : | |
| Debtor(s) | : | |
| August C Signorini, | : | Chapter 13 |
| | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Shaw Barrels, | : | |
| Respondent(s) | : | |

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated October 3, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on October 4, 2022.

Shaw Barrels
Bill Presutti, CFO
100 Old Pond Road
Bridgeville, PA  15017

        Attorney for Movant(s):
        Rice & Associates Law Firm
        /s/ David A Rice, Esq.
        15 West Beau Street
        Washington, PA  15301
        724-225-7270
        ricelaw1@verizon.net
        PA ID# 50329