IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-21899-CMB |
| August C Signorini | ) | |
| Beth A Signorini | ) | |
|     Debtor(s) | ) | |
| | ) | Chapter 13 |
| August C Signorini | ) | |
| Beth A Signorini | ) | |
|     Movant(s) | ) | |
| v. | ) | Document No.  103 |
| | ) | |
| Ronda Winnecour, Trustee | ) | |
| | ) | |
|     Respondent(s) | ) | |

## **CONSENT ORDER**

It is hereby agreed, by and among the debtors, by David A Rice, Esq., counsel for the debtors, and Ronda Winnecour, Chapter 13 Trustee as follows:

1. The debtors' Amended Chapter 13 Plan dated December 18, 2020, was confirmed by Order of Court (DN 58). The Plan was modified by Stipulated Order dated September 14, 2022. The Plan provides for 100% payment to unsecured creditors.

2. The debtors' lease with USB Leasing LT for a 2018 Dodge Charger terminates in October 2022 at a current monthly payment in the amount of $586.76.

3. It is necessary for the debtors to explore their options in advance of the termination date so that there is no disruption in obtaining a replacement vehicle.

4. The debtors are approved to obtain a replacement vehicle for the 2018 Dodge Charger with a motor vehicle loan for no more than $25,000.00, with a monthly payment of no more than $500.00, and an interest rate not to exceed 21%, or to buyout the lease within the same terms.

5. The parties agree that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action. The Debtors will make payments through a Stipulated Order Modifying the Plan to be filed within 30 days of the closing. The Stipulated order Modifying the Plan will increase the monthly plan payment to accommodate the purchase/lease of the replacement vehicle. Debtors are to file a Report of Financing within 30 days following the closing.

6. The parties agree that the Stipulated order Modifying the Plan shall provide for the distribution to unsecured creditors @ 100%.

So Ordered, this 14th day of October, 20__

_Carlota M. Böhm_ dmk
US Bankruptcy Judge

FILED
10/14/22 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ David A Rice
David A Rice, Esquire PA
ID 50329
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
Ricelaw1@verizon.net
(724) 225-7270
Attorney for Debtor


/s/ Kate DeSimone
Kate DeSimone, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21899-CMB |
| August C. Signorini, Jr. | Chapter 13 |
| Beth A. Signorini | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor August C. Signorini Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 14, 2022 Form ID: pdf900 Total Noticed: 1

Scott R. Lowden
    on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net

    on behalf of Debtor August C. Signorini Jr. niclowlgl@comcast.net

TOTAL: 7