IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| AUGUST SIGNORINI,<br>BETH SIGNORINI, | Bankruptcy No.: 19-21899-CMB<br>Chapter 13<br>Document No.: |
| Debtors, | |
| AUGUST SIGNORINI,<br>BETH SIGNORINI,<br>    Movants,<br>vs | |
| NO RESPONDENT, | |
| Respondent. | |

**CERTIFICATE OF SERVICE OF MOTION TO APPROVE FINANCING, MOTION TO EXPEDITE HEARING, AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below on October 21, 2022.

The type(s) of service made on the parties was First Class Mail and Electronic Notification.

Ronda J Winnecour, Trustee
350 USX Tower
600 Grant Street
Pittsburgh, PA  15219

cmecf@chapter13trusteewdpa.com

US Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

August & Beth Signorini
360 980 Road
McDonald, PA  15057
bethandaug@comcast.net

Executed on:  10/21/22

Attorney for Movants:
Rice & Associates Law Firm

/s/ David A Rice, Esq.
15 West Beau Street
Washington, A  15301
724-225-7270
ricelaw1@verizon.net
PA ID#:  50329