IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: August Signorini, <br> Beth Signorini, <br>     Debtors, <br><br> August Signorini, <br> Beth Signorini, <br>     Movants, <br><br> v. <br> Westlake Financial Services, <br><br>     Respondent. | Bankruptcy No.: 19-21899-CMB <br><br> Chapter 13 <br><br> Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

Westlake Financial Services
P.O. Box 997592
Sacramento, CA 95899-7592

By: /s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
PA 50329