IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| August Signorini,<br>Beth Signorini,<br>　　　　Debtor, | : <br> : <br> : <br> : | Bankruptcy No. 19-21899-CMB |
| August Signorini,<br>Beth Signorini,<br>　　　　Movant, | : <br> : <br> : <br> : | Chapter 13 |
| v.<br>No Respondent,<br>　　　　Respondent. | : <br> : <br> : <br> : | Related to Document No. |

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Text Order at docket number 117 and the Amendment to Schedules B and D on each party listed below by first class U.S. mail on October 27, 2022.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Westlake Financial Services
P.O. Box 997592
Sacramento, CA  95899-7592

　　　　　　　　　　　　　　　　Attorney for Movant(s):
　　　　　　　　　　　　　　　　Rice & Associates Law Firm
　　　　　　　　　　　　　　　　/s/ David A Rice, Esq.
　　　　　　　　　　　　　　　　15 West Beau Street
　　　　　　　　　　　　　　　　Washington, PA  15301
　　　　　　　　　　　　　　　　724-225-7270
　　　　　　　　　　　　　　　　ricelaw1@verizon.net
　　　　　　　　　　　　　　　　PA ID#  50329