IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 19-21899-CMB
   August Signorini, :
   Beth Signorini, :
          Debtor(s) :
   August Signorini, : Chapter 13
          Movant(s) :
: Related to Document No.
   v. :
   Shaw Barrels, :
          Respondent(s) :

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated November 3, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on November 4, 2022.

Shaw Barrels
Bill Presutti, CEO
100 Old Pond Road
Bridgeville, PA 15017

                              Attorney for Movant(s):
                              Rice & Associates Law Firm
                              /s/ David A Rice, Esq.
                              15 West Beau Street
                              Washington, PA 15301
                              724-225-7270
                              ricelaw1@verizon.net
                              PA ID# 50329