**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: August C. Signorini, Jr., and | ) | |
| Beth A. Signorini | ) | **Case No. 19-21899 CMB** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | |
| | )X | |

**STIPULATED ORDER MODIFYING PLAN**

  **WHEREAS**, this matter is being presented to the Court regarding

  *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    a motion to dismiss case or certificate of default requesting dismissal

 ☒  a plan modification sought by: <u>August C., Jr. and Beth A. Signorini</u>

    a motion to lift stay
    as to creditor <u>            </u>

 ☒  Other:  <u>The plan is being modified to incorporate the purchase of a replacement vehicle per terms of the Consent Order issued at DN 104 and reflected in the Report of Financing filed at DN 111, along with additional attorney fees to date along with anticipated fees to complete the debtor's plan</u>

  **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

  **IT IS HEREBY ORDERED** that the

  *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    Chapter 13 Plan dated
 ☒ Amended Chapter 13 Plan dated  <u>December 18, 2020</u>

is modified as follows:

  *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

x    Debtor(s) Plan payments shall be changed from $ <u>2,660.00</u> to
$ <u>3,275.00</u> per <u>Month,</u> effective <u>November 2022</u> ; and/or the Plan term shall be
changed from ___ months to ____ months.                                    .

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,
the Trustee or a party in interest may file with the Court and serve upon
Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that
they have 30 days from the service of the notice in which to cure any and all
defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after
having been provided notice under the provision of this Stipulated Order, then
the Trustee or a party in interest may submit an Order of Dismissal to the
Bankruptcy Court along with an affidavit attesting to a failure to make Plan
payments, and the proceedings or case may thereafter be dismissed without
prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before
_____.

❑    If any of the foregoing is not completed by the date specified, the case may be
dismissed without prejudice without further notice or hearing upon the filing by
the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay
as to the property described as_____
_____ may be lifted without
further notice or hearing upon the filing by the Creditor herein of an Affidavit of
Non-Compliance.

☒    Other:  <u>This Order is required by Consent Order DN 104 to increase the monthly</u>
<u>plan payment to accommodate the purchase of a 2020 Jeep Compass through</u>
<u>Westlake Financial Services – Account #8884 to be paid as a Long-Term</u>
<u>Continuing Debt in the amount of $494.14 per month beginning December 2022.</u>
<u>The modification also anticipates attorney fees to be revised to $1,000 retainer</u>
<u>with additional fees in the amount of $11,000 for a total of $12,000 in fees.</u>
<u>Additional attorney fees will only be awarded by approval of court by the Fee</u>
<u>Application Process. The parties agree that the distribution to unsecured creditors</u>
<u>shall remain at 100%.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein,
such creditor must file an objection to the same within fourteen (14) days hereof. Should such an
objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this
Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without
further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan
shall remain in full force and effect. The filing party represents to the Court that all affected parties have
been notified.

-2-

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __3rd__ day of ____November____, 2022

Dated: ___November 3, 2022___

*Carleta M. Böhm*
dmk

United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

_/s/ Scott R. Lowden_____              _/s/ James Warmbrodt_____
Scott R. Lowden - Counsel to Debtor      James Warmbrodt, Esq.
PA ID 72116                              Counsel to Chapter 13 Trustee
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 374-7161

Stipulated by:

_____

cc:  All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court
Western District of Pennsylvania

| In re: | | Case No. 19-21899-CMB |
| --- | --- | --- |
| August C. Signorini, Jr. | | Chapter 13 |
| Beth A. Signorini | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 03, 2022 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |
| 15049257 | + | St. Clair Hospital, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15049261 | + | US Bank National Association, c/.o Christopher DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 15491189 | + | loanDepot.com, LLC, PO BOX 250009, Plano, TX 75025-0009 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2022 00:01:52 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 00:01:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2022 00:01:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2022 23:46:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15088993 | | Email/Text: ally@ebn.phinsolutions.com | Nov 03 2022 23:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15049242 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 03 2022 23:46:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15070680 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 00:02:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15049243 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 00:02:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15087122 | | Email/Text: BKPT@cfna.com | Nov 03 2022 23:46:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15049244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 00:02:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 00:01:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15089363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:01:54 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15049246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:02:24 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

District/off: 0315-2                               User: auto                                          Page 2 of 4
Date Rcvd: Nov 03, 2022                       Form ID: pdf900                              Total Noticed: 50

| 15049247 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|
| | | Nov 03 2022 23:46:00 | Comenity Bank/Full Beauty, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049248 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 03 2022 23:46:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15049249 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 03 2022 23:46:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049250 | + Email/Text: BKPT@cfna.com | | |
| | | Nov 03 2022 23:46:00 | Credit First National / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15049251 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 04 2022 00:01:52 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15049252 | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Nov 03 2022 23:46:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15049245 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Nov 04 2022 00:01:52 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15064591 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Nov 03 2022 23:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15072833 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 04 2022 00:02:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15049253 | + Email/Text: bknotification@loandepot.com | | |
| | | Nov 03 2022 23:46:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15187426 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 04 2022 00:01:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15088992 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 04 2022 00:01:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15049254 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 04 2022 00:01:52 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15121355 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 03 2022 23:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15084161 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 03 2022 23:46:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15084163 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 03 2022 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049255 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Nov 03 2022 23:46:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049256 | + Email/Text: PFS.Analyst@stclair.org | | |
| | | Nov 03 2022 23:46:00 | St. Clair Hospital, P.O. Box 640831, Pittsburgh, PA 15264-0831 |
| 15086465 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 04 2022 00:02:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15049695 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 04 2022 00:02:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049258 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 04 2022 00:01:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049259 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 04 2022 00:02:08 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049260 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 04 2022 00:02:08 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15049262 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Nov 03 2022 23:46:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Nov 03, 2022 | Form ID: pdf900 | Total Noticed: 50

| | | | Cincinnati, OH 45201-5229 |
|---|---|---|---|
| 15081059 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Nov 03 2022 23:46:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15084271 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Nov 04 2022 00:01:53 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15049263 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Nov 04 2022 00:02:08 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15081704 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Nov 04 2022 00:02:08 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15049264 | + | Email/Text: bankruptcy@firstenergycorp.com | |
| | | Nov 03 2022 23:46:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15058973 | + | Email/Text: bankruptcy@firstenergycorp.com | |
| | | Nov 03 2022 23:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15528637 | | Email/Text: bankruptcynotice@westlakefinancial.com | |
| | | Nov 03 2022 23:46:00 | Westlake Financial Services, P.O. Box 997592, Sacramento, CA 95899-7592 |
| 15049265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Nov 04 2022 00:02:08 | World's Foremost Bank / Cabellas, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15089160 | + | Email/Text: BKelectronicnotices@cenlar.com | |
| | | Nov 03 2022 23:46:00 | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 15187427 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2022 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com |

User: auto
Form ID: pdf900    Total Noticed: 50

David A. Rice
on behalf of Debtor August C. Signorini  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net

Scott R. Lowden
on behalf of Debtor August C. Signorini  Jr. niclowlgl@comcast.net


TOTAL: 7