# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-21899** |
| **August C. Signorini, Jr.** | : **Chapter 13** |
| **Beth A. Signorini** | : **Judge Carlota M. Bohm** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **USB Leasing LT** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for USB Leasing LT, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                          Respectfully submitted,

                          /s/ Stephen R. Franks
                          Stephen R. Franks, Esquire (0075345)
                          Adam B. Hall (323867)
                          Edward H. Cahill (0088985)
                          Manley Deas Kochalski LLC
                          P.O. Box 165028
                          Columbus, OH  43216-5028
                          Telephone: 614-220-5611
                          Fax: 614-627-8181
                          Attorneys for Creditor
                          The case attorney for this file is Stephen R. Franks.
                          Contact email is srfranks@manleydeas.com

22-037074_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-21899** |
| **August C. Signorini, Jr.** | : **Chapter 13** |
| **Beth A. Signorini** | : **Judge Carlota M. Bohm** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **USB Leasing LT** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 7, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Scott R. Lowden, Attorney for August C. Signorini, Jr. and Beth A. Signorini, niclowlgl@comcast.net

David A. Rice, Attorney for August C. Signorini, Jr. and Beth A. Signorini, ricelaw1@verizon.net

Service by First-Class Mail:
August C. Signorini, Jr. and Beth A. Signorini, 360 980 Road, McDonald, PA  15057

EXECUTED ON: December 7, 2022

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

22-037074_PS

0075345<br>
List Bar I.D. and State of Admission

22-037074_PS