EXHIBIT

A

**MOTOR VEHICLE LEASE AGREEMENT - CLOSED-END**

USbank

1. LESSEE AND LESSOR

| LESSEE AND CO-LESSEE | LESSOR |
|---|---|
| Name: BETH ANN SIG[illegible] <br> Address: 360 900 ROAD MCDONALD PA 15057 <br> County: ALLEGHENY | Name: [illegible] CHRYSLER DODGE JEEP RAM <br> Address: 3344 WASHINGTON RD MCMURRAY PA 15317 |
| Vehicle Garaging Address (if different from Lessee/Co-Lessee address): N/A | |
| LEASE NUMBER | LEASE DATE 11/20/2018 |

The words "you" and "your" mean each person named as a Lessee or Co-Lessee above. The words "we," "us" and "our" mean the Lessor named above and USB Leasing LT or its successors and assigns ("Assignee"), to whom this Motor Vehicle Lease Agreement ("Lease") will be assigned. "Vehicle" means the leased vehicle described below, including all equipment, parts, accessories and accessions. You agree to lease the Vehicle from us according to the terms and conditions of this Lease. The consumer lease disclosures contained in this Lease are also made on behalf of Assignee.

2. VEHICLE DESCRIPTION

A. LEASED VEHICLE

| New / Used | Year | Make | Model | Body Style | Odometer Reading | Vehicle Identification Number |
|---|---|---|---|---|---|---|
| ☒ New ☐ Used | 2018 | DODGE | CHARGER | 4DR SDN R/T AWD | 4015 | 2C3CDXCT7JH284938 |

Primary Use of Vehicle: ☐ Personal, family or household purposes ☐ Business, commercial or agricultural purposes

You acknowledge that you have received and examined the Vehicle described above, that the Vehicle is equipped as described and is in good operating order and condition. You accept the Vehicle for all purposes of this Lease.

B. TRADE-IN VEHICLE: Year 2016 Make RAM Model 1500

| 3. AMOUNT DUE AT LEASE SIGNING OR DELIVERY | 4. MONTHLY PAYMENTS | 5. OTHER CHARGES (Not part of your Monthly Payment) | 6. TOTAL OF PAYMENTS (The amount you will have paid by the end of the Lease) |
|---|---|---|---|
| (Itemized below)* <br> $ 11379.00 | A. Your first Monthly Payment of $ 586.76 is due on the Lease Date, followed by 47 payments of $ 586.76 due on the 20th of each month. <br> B. The total of your Monthly Payments is $ 28164.48 | A. Termination Fee (if you do not purchase the Vehicle) $ 395.00 <br> B. Total $ 395.00 | $ 39351.72 <br> (Sections 3 plus 4(B) plus 5(B) minus Sections 7(A)(3) minus 7(A)(4)) |

7. *ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY

| A. Amount Due at Lease Signing or Delivery: | | B. How the Amount Due at Lease Signing or Delivery will be Paid: | |
|---|---|---|---|
| (1) Capitalized Cost Reduction | $ 10422.24 | (1) Net Trade-in Allowance | $ N/A |
| (2) Sales/Use Tax on Capitalized Cost Reduction | 83.00 | (2) Rebates and Noncash Credits | 9500.00 |
| (3) First Monthly Payment | 586.76 | (3) Amount to be Paid in Cash | 1879.00 |
| (4) Refundable Security Deposit | N/A | | |
| (5) Initial Title, Registration and License Fees | 146.55 | | |
| (6) Upfront Sales/Use Tax on Vehicle | N/A | | |
| (7) DOC FEE | 140.45 | | |
| (8) Total | $ 11379.00 | (4) Total | $ 11379.00 |

8. YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW:

| | |
|---|---|
| A. **Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 40785.00 ) and any items you pay over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) | $ 45501.68 |
| B. **Capitalized Cost Reduction.** The amount of any net Trade-in Allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost | - 10422.24 |
| C. **Adjusted Capitalized Cost.** The amount used in calculating your Base Monthly Payment | = 35079.44 |
| D. **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment | - 16264.56 |
| E. **Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term | = 18814.88 |
| F. **Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts | + 7024.00 |
| G. **Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge | = 25838.88 |
| H. **Lease Payments.** The number of payments in your Lease (Lease Term 48 months) | ÷ 48 |
| I. **Base Monthly Payment** | = 538.31 |
| J. **Monthly Sales/Use Tax** | + 48.45 |
| K. N/A | + N/A |
| L. **Total Monthly Payment** ("Monthly Payment") | = $ 586.76 |

**Early Termination. You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.**

9. **EXCESSIVE WEAR AND USE**

You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 10000 miles per year at the rate of $ .25 per mile. No rebate or credit will be paid to you if the mileage is less than the specified amounts.

10. **PURCHASE OPTION AT END OF LEASE TERM**

If you have fully performed all of your obligations under the Lease, including paying the total of your Monthly Payments and all other amounts due under this Lease, then you (the Lessee or Co-Lessee only) have an option to purchase the Vehicle AS IS at the end of the Lease Term for $ 16614.56 *, plus any taxes, official fees and other charges related to such purchase. *Includes a purchase option fee of not more than $350.

**Other Important Terms.** See both sides of this Lease for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**PA Notice:** If you do not meet your contract obligations, you may lose the Vehicle and the right to use it under this Lease.

11. ITEMIZATION OF GROSS CAPITALIZED COST

| | | | |
|---|---|---|---|
| A. Agreed Upon Value of Vehicle | $ 40785.00 | G. Mechanical Breakdown Protection | $ N/A |
| B. Sales/Use Tax | $ N/A | H. Maintenance or Service Contract | $ N/A |
| C. Initial Title, Registration and License Fees | $ N/A | I. Extended Warranty Contract | $ N/A |
| D. Outstanding Prior Credit or Lease Balance | $ 4021.68 | J. Dealer Documentation Fee | $ N/A |
| E. Lease Acquisition Fee | $ 695.00 | K. Other (Describe) N/A | $ N/A |
| F. Credit Life and/or Disability Insurance | $ N/A | L. Other (Describe) N/A | $ N/A |
| | | M. Total = Gross Capitalized Cost | $ 45501.68 |

12. **ESTIMATED OFFICIAL FEES AND TAXES**

The total estimated amount you will pay for official and license fees, registration, title and taxes over the term of your Lease, whether included with your Monthly Payments or assessed otherwise: $ 2681.15 . This is an estimate based on current tax rates, the actual total of fees and taxes may be higher or lower, depending on the tax rate in effect or the value of the Vehicle at the time a fee or tax is assessed.

13. **WARRANTIES AND OPTIONAL PRODUCTS**

If the Vehicle is new, it is covered by the standard manufacturer's new vehicle warranty. If the Vehicle is new or used, it is not covered by any other express warranty unless identified below:

☐ The Vehicle is covered by the remainder of the standard manufacturer's new vehicle warranty.

☐ The Vehicle is covered by an extended warranty purchased from the manufacturer or other third party provider.

☐ N/A

We assign to you all rights we have under any of these warranties. You acknowledge that you have received a copy of the indicated warranties.

**You expressly agree and understand that you have selected and agreed to lease the Vehicle "AS IS." WE MAKE NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESS OR IMPLIED AS TO THE VEHICLE OR ANY PART OR ACCESSORY THEREOF. WE MAKE NO WARRANTY OF MERCHANTABILITY OR FITNESS OF THE VEHICLE FOR ANY PARTICULAR PURPOSE OR ANY OTHER REPRESENTATION OR WARRANTY WHATSOEVER. If this Lease is signed in Kansas, Maine, Massachusetts, Mississippi, Vermont (if the Vehicle is new), or West Virginia, we do not exclude any implied warranty of merchantability or fitness for any particular purpose.**

**You are not required to buy any of the optional insurance or other products listed below to enter into the Lease and your failure to do so will not be a factor in the approval of this extension of credit.** These insurance and other products will not be provided unless you sign below and are accepted by the Provider. If you sign below, you have received a notice of the terms of the insurance or product, you want to obtain the insurance or product, and you agree to pay the premium or charge shown.

☐ **Credit Insurance**

☐ Credit Life — Initial Coverage: $ N/A ☐ Single Cost: $ N/A ☐ Joint Cost: $ N/A

☐ Credit Disability — Maximum Monthly Coverage: $ N/A (single only) Cost: $ N/A

X N/A Primary Lessee Signature — N/A Date

X N/A Co-Lessee Signature — N/A Date

☐ **Mechanical Breakdown Protection Contract** — N/A Provider, $ N/A Cost, N/A mo./mileage — X N/A Lessee Signature — X N/A Co-Lessee Signature

☐ **Maintenance or Service Contract** — N/A Provider, $ N/A Cost, N/A mo./mileage — X N/A Lessee Signature — X N/A Co-Lessee Signature

☐ **Extended Warranty Contract** (non-insurance product) — N/A Provider, $ N/A Cost, N/A mo./mileage — X N/A Lessee Signature — X N/A Co-Lessee Signature

14. **INSURANCE VERIFICATION**

The Vehicle is insured by:

RedactedRedacted

**NOTICE TO FLORIDA LESSEES: The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by sections 324.021(7) and 627.736, Florida Statutes.**

15. **SIGNATURES**

YOU AGREE TO ALL THE PROVISIONS ON BOTH SIDES OF THIS LEASE AND REPRESENT THAT YOU HAVE READ BOTH SIDES OF THIS LEASE.

**THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.**

**NOTICE TO LESSEE AND CO-LESSEE: (1) DO NOT SIGN THIS LEASE BEFORE YOU READ IT. (2) YOU ARE ENTITLED TO A COPY OF THIS LEASE.** OR and SD Notice: If this Lease is for a consumer purpose, then this Lease is CONSUMER PAPER.

**YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS LEASE.**

| INDIVIDUAL LESSEE SIGNATURE(S) | | |
|---|---|---|
| Lessee Signature: (X) [signature] | Co-Lessee Signature: (X) [signature] | |
| BUSINESS LESSEE SIGNATURE | | |
| Authorized Signer's Name: N/A | Title: N/A | Signature: X N/A |
| LESSOR SIGNATURE | | |

The authorized signature of the Lessor below has the effect of: (1) accepting the terms and conditions of this Lease; (2) acknowledging verification of the Lessee's insurance coverage (see Section 14); and (3) assigning to USB Leasing LT or its successors and assigns all right, title and interest in, and to the Vehicle and this Lease according to the terms and conditions of the Dealer Lease Agreement between Lessor and Assignee.

Authorized Signature: X [signature] T. Presto Bus MGR

*[This space intentionally left blank. See additional terms on page 2.]*

RedactedRedacted

**16. LATE CHARGE; RETURNED INSTRUMENT CHARGE**

If all or any portion of a Monthly Payment or any other amount due under this Lease is not received within 10 days after the due date, you will pay a late charge [illegible] the Lessor, as indicated in the Lessor's address on Side 1, is located in the state of Iowa [illegible] the Lessor, as indicated in the Lessor's address on Side 1, is located in the state of Colorado, you will pay a late charge of $15. If the Lessor, as indicated in the Lessor's address on Side 1, is located in the state of Kansas, you will pay [illegible] past due or $25, whichever is less. If the Lessor, as indicated in the Lessor's address on Side 1, is located in the state of Kentucky, you will pay a late charge of $20. If the Lessor, as indicated in the Lessor's address on Side 1, is located in the state of Maine, you will pay a late charge of 5% of the amount which is past due or $10, whichever is less, and this late charge will only be due if we do not receive your Monthly Payment within 15 days of its due date.

If any check, draft or order or other similar instrument is returned to us unpaid for any reason, including, but not limited to, non-sufficient funds, you will pay a returned instrument charge of $20, to the extent not prohibited by applicable law. However, if the Lessor, as indicated in the Lessor's address on Side 1, is located in the state of Louisiana, West Virginia, or Wyoming, the returned instrument charge will be $15.

**17. INSURANCE**

Unless otherwise agreed, you must provide insurance coverage in the amount and types indicated below at your expense during the Lease Term and until the Vehicle is returned to us:

A. Fire, theft and comprehensive insurance with a maximum deductible of $500;
B. Collision insurance with a maximum deductible of $500;
C. Liability insurance for bodily injury or death to any one person in the amount of $100,000 and for any one accident in the amount of $300,000 or combined single limit coverage of $300,000;
D. Property damage insurance for $50,000; and
E. Uninsured and underinsured motorist coverage and any other insurance required by the state where the Vehicle is registered.

The insurance policy must name us as loss payee and an additional insured. The policy also must require the insurance company to notify us 10 days before any cancellation or changes in insurance coverage.

You will notify us and your insurance company within 24 hours after any damage, loss, theft, seizure or impoundment of the Vehicle. You assign to us any amounts payable under such insurance policies. You agree that we may endorse your name upon any check, draft, order or other similar instrument representing payment to you of such amounts.

**The insurance listed above is required in connection with this Lease. You have the option of providing the required insurance through an existing policy of insurance owned or controlled by you or through a policy paid for by you and obtained from any** [illegible]

**18. VEHICLE OPERATION** [illegible]

**19. PURCHASE OPTION** [illegible]

**20. EXCESS WEAR AND USE** [illegible]

**21. VEHICLE RETURN** [illegible]

**22. SCHEDULED TERMINATION** [illegible]

**23. EARLY TERMINATION**

A. LESSEE'S RIGHT TO TERMINATE EARLY. You may terminate this Lease before the end of the Lease Term if you are not in Default. If you do not exercise your purchase option, the charge for such Early Termination is the Early Termination Liability defined below. You must send us written notice of your early termination by registered mail 30 days before the date of termination.

B. LESSOR'S RIGHT TO TERMINATE EARLY. We may terminate this Lease before the end of the Lease Term if you are in Default. If you do not exercise your purchase option, upon such termination we shall be entitled to the Early Termination Liability defined below.

C. EARLY TERMINATION LIABILITY. The Early Termination Liability is calculated as follows:

(1) The Termination Fee; **plus**
(2) An Early Termination Administrative Charge equal to the number of Base Monthly Payments shown in the chart below which is based upon the percentage of months in the Lease Term which have expired:

| % of Months in Lease Term Expired | Number of Base Monthly Payments Due |
|---|---|
| 0-25% | 2.5 |
| 26-50% | 2.0 |
| 51-75% | 1.5 |
| 76-99% | 1.0 |

(3) **Plus** all unpaid amounts that are due or past due under this Lease; **plus**
(4) Any official fees, taxes and other charges related to early termination; **plus**
(5) All expenses related to recovering, obtaining, storing, preparing for sale and selling the Vehicle, including reasonable attorneys' fees to the extent not prohibited by law; **plus**
(6) The Lease Balance; **plus**
(7) The Residual Value of the Vehicle; **minus**
(8) The Realized Value of the Vehicle.

D. LEASE BALANCE. The Lease Balance is equal to:

(1) The Base Monthly Payment times the number of Monthly Payments not yet due; minus
(2) Unearned Rent Charges included in the Base Monthly Payments not yet due calculated according to the Actuarial Method.

The term "Actuarial Method" means the method of allocating Base Monthly Payments between: (i) the reduction of the Adjusted Capitalized Cost to the Residual Value over the Lease Term; and (ii) Rent Charges. Under this method, a Base Monthly Payment is applied first to the accumulated Rent Charges and any remainder is subtracted from, or any deficiency is added to, the balance of the Adjusted Capitalized Cost.

E. REALIZED VALUE. The Realized Value will be determined in one of the following ways:

(1) By a written agreement between you and us;
(2) Within 10 days of early termination, you may obtain, at your own expense, from an independent third party agreeable to both you [illegible]

**24. DEFAULT** [illegible]

**25. ATTORNEYS FEES** [illegible]

**26. REIMBURSEMENT** [illegible]

**27. WAIVER OF GAP AMOUNT; TOTAL LOSS OF VEHICLE.** [illegible]

**28. REFUNDABLE SECURITY DEPOSIT** [illegible]

**29. LESSOR'S RIGHT TO CANCEL** [illegible]

**30. GENERAL** [illegible]

I. ENTIRE AGREEMENT. Important: Read before signing. **The terms of this Lease should be read carefully because only those terms in writing are enforceable. No other terms or oral promises not contained in this Lease may be legally enforced. The terms of this Lease may only be changed by a written agreement signed by you and us. This Lease is a final expression of the credit agreement between you and us. This Lease may not be contradicted by evidence of any prior oral credit agreement or of a contemporaneous oral credit agreement between you and us.**

**31. ARBITRATION. This section does not apply to any dispute in which the amount in controversy is within the jurisdiction limits of, and is filed in, a small claims court, and you and we retain rights to self-help remedies, such as repossession. (The following arbitration provision does not apply to leases originated in Washington, D.C.) You agree that if a dispute of any kind arises out of this agreement, either you or we can choose to have that dispute resolved by binding arbitration. If arbitration is chosen by any party, neither you nor we will have the right to litigate that claim in court or to have a jury trial on that claim, or to engage in pre-arbitration discovery, except as provided for in the arbitration rules specified in this provision. In addition, you will not have the right to participate as a representative or member of any class of claimants pertaining to any claim subject to arbitration. The arbitrator's decision will generally be final and binding. Other rights that you would have if you went to court may also not be available in arbitration. It is important that you read this entire arbitration provision carefully before accepting the terms of this agreement.**

**Any claim, dispute or controversy (whether in contract, tort, or otherwise, whether pre-existing, present or future and including constitutional, statutory, common law, intentional tort and equitable claims) arising from or relating to (a) the credit or services offered or provided to you, (b) the actions of you, us or third parties or (c) the validity of this arbitration provision (individually and collectively, a "Claim") must, after an election by you or us, be resolved by binding arbitration in accordance with this arbitration provision and the Consumer Arbitration Rules of the American Arbitration Association ("AAA") in effect when the Claim is filed (or, in the event this arbitrator or these arbitration rules are no longer available, then a comparable substitute arbitration procedure and/or arbitration organization that does business on a nationwide basis). There shall be no authority for any Claims to be arbitrated on a class action basis. An arbitration can only decide our or your Claim and may not consolidate or join the claims of other persons who may have similar claims. You may obtain rules and forms by contacting the AAA at 800-778-7879 or www.adr.org/Rules. Any arbitration hearing that you attend will take place in the federal judicial district where you reside. At your request, we will advance the first $200 of the filing and hearing fees for any Claim you may file against us; the arbitrator will decide whether we or you will ultimately pay those fees. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. This arbitration provision shall survive repayment of your extension of credit and termination of your account. This arbitration provision shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.* If any provision of this Section is ruled invalid or unenforceable, this Section shall be rendered null and void in its entirety.**

RedactedRedactedRedacted

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

Redacted

EXHIBIT B

FUEL TYPE: GASOLINE

Redacted

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| 2C3CDXCT7JH284938 | 2018 | DODGE | |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |
|---|---|---|---|---|---|---|
| SDN | 0 | | | 11/27/18 | 004015 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 11/27/18 | 11/27/18 | | | | |

LESSEE AUGUST C SIGNORINI JR &BETH ANN

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

Commonwealth of Pennsylvania
Department of Transportation

REGISTERED OWNER(S)

USB LEASING LT
1850 OSBORN AVE
OSHKOSH WI 54902

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED________ DATE

BY________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ________ DATE

BY________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

USB LEASING LT
1850 OSBORN AVE
OSHKOSH WI 54902

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

LESLIE S. RICHARDS
Secretary of Transportation

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

SEAL IN PRESENCE OF A NOTARY

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY STATE ZIP

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

CITY STATE ZIP

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

J.D. POWER

12/2/2022

J.D. POWER Used Cars/Trucks

**EXHIBIT C**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2018 Dodge Charger Sedan 4D Daytona 5.7L V8 |
| Region: | Eastern |
| Period: | December 2, 2022 |
| VIN: | 2C3CDXCT7JH284938 |
| Mileage: | 67,500 |
| Base MSRP: | $38,995 |
| Typically Equipped MSRP: | $40,390 |
| Weight: | 4,264 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $23,850 | N/A | $350 | **$24,200** |
| Average | $25,600 | N/A | $350 | **$25,950** |
| Clean | $27,025 | N/A | $350 | **$27,375** |
| Clean Loan | $24,325 | N/A | $350 | **$24,675** |
| Clean Retail | $29,925 | N/A | $400 | **$30,325** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | $20,250 | $57 | N/A | **$20,307** |
| Average | $24,700 | $57 | N/A | **$24,757** |
| High | $29,175 | $57 | N/A | **$29,232** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Rear Parking Sensors | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |
| Leather Seats | w/body | w/body |
| Power Passenger Seat | w/body | w/body |
| Power Sunroof [VIN Precision+] | $350 | $400 |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

J.D. POWER

12/2/2022

J.D. POWER Used Cars/Trucks

| | Trade-In/Loan | Retail |
|---|---|---|
| Cooled Front Seats | w/body | w/body |
| Driver's Seat Memory | w/body | w/body |
| Heated Front Seats | w/body | w/body |
| Heated Rear Seats | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power