IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| August C. Signorini, Jr. | ) | Bankruptcy No. 19-21899 CMB |
| Beth A. Signorini | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Related to: Document No. 132 |
| No Respondent | ) | |
| Respondent(s) | ) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __31st__ day of __January__, 2023, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $11,526.40, of which $11,357.50 are attorney fees and $168.90 are costs, and that the total previously allowed Attorney's Fees and Costs were $6,162.60. This award covers the period from 5/17/21 to 1/11/23.

Therefore, the Application in its face amount of $5,363.80 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $5,363.80 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between May 17, 2021 and January 11, 2023 in the amount of **$5,335.00** and expenses in the amount of **$28.80** for a total of **$5,363.80**. The total award of compensation for services to date, is **$11,357.50** and expenses in the amount of **$168.90** for a grand total in the amount of **$11,526.40.**

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
1/31/23 5:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 19-21899-CMB
August C. Signorini, Jr. Chapter 13
Beth A. Signorini
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Jan 31, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Debtor August C. Signorini Jr. ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net lowdenscott@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net

Scott R. Lowden

on behalf of Debtor August C. Signorini  Jr. niclowlgl@comcast.net

Stephen Russell Franks

on behalf of Creditor USB Leasing LT amps@manleydeas.com

TOTAL: 8