# PROCEEDING MEMO

**Date:** 02/23/2023 02:30 pm

**In re:** August C. Signorini, Jr.
Beth A. Signorini

Bankruptcy No. 19-21899-CMB
Chapter: 13
Doc. # 128

**Appearances:** Stephen Franks
Owen Katz

**Nature of Proceeding:** # 128 Continued Motion for Relief from Stay regarding the personal property known as 2018 Dodge Charger, VIN 2C3CDXCT7JH284938

**Additional Pleadings:** #142 Supplement/Addendum to Motion

**Outcome:** Hearing held. Order entered

Carlota Böhm
U.S. Bankruptcy Judge

FILED
2/23/23 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA