**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-21899-CMB** |
| **August C. Signorini, Jr.** | : | **Chapter 13** |
| **Beth A. Signorini** | : | |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **USB Leasing LT** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **January 19, 2023 at 01:30 p.m.** |
| | : | |
| **August C. Signorini, Jr.** | : | |
| **Beth A. Signorini** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FROM RELIEF FROM STAY REGARDING 2018 DODGE CHARGER, VIN 2C3CDXCT7JH284938**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 02/24/2023
.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification
.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 02/24/2023

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address

<u>614-220-5611</u>
Phone No.
<u>0075345</u>
List Bar I.D. and State of Admission

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Scott R. Lowden, Attorney for Debtor, Nicotero & Lowden PC, 3948 Monroeville Blvd., Suite 2, Monroeville, PA  15146, niclowlgl@comcast.net (notified by ecf)

David A. Rice, Attorney for Attorney for Debtor, Rice & Associates Law Firm, 15 West Beau Street, Washington, PA  15301, ricelaw1@verizon.net (notified by ecf)

August C. Signorini, Jr. and Beth A. Signorini, Debtor, 360 980 Road, McDonald, PA  15057 (notified by regular US Mail)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-21899-CMB |
| August C. Signorini, Jr. | : Chapter 13 |
| Beth A. Signorini | : |
| | : |
| Debtor(s) | : |
| | : |
| USB Leasing LT | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : January 19, 2023 at 01:30 p.m. |
| | : |
| August C. Signorini, Jr. | : |
| Beth A. Signorini | : |
| | : |
| Ronda J. Winnecour | : |
| Respondents. | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2018 DODGE CHARGER, VIN 2C3CDXCT7JH284938

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by USB Leasing LT ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: 2/23/2023

_____
Judge Carlota M. Bohm
United States Bankruptcy Judge

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Scott R. Lowden, Attorney for Debtor, Nicotero & Lowden PC, 3948 Monroeville Blvd., Suite 2, Monroeville, PA 15146, niclowlgl@comcast.net (notified by ecf)

David A. Rice, Attorney for Attorney for Debtor, Rice & Associates Law Firm, 15 West Beau Street, Washington, PA 15301, ricelaw1@verizon.net (notified by ecf)

August C. Signorini, Jr. and Beth A. Signorini, Debtor, 360 980 Road, McDonald, PA 15057 (notified by regular US Mail)

FILED
2/23/23 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA