## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-21899-CMB** |
| August C. Signorini, Jr. | : | **Chapter 13** |
| Beth A. Signorini | : | |
| | : | |
| Debtor(s) | : | |
| | : | |
| USB Leasing LT | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **January 19, 2023 at 01:30 p.m.** |
| vs | : | |
| | : | |
| August C. Signorini, Jr. | : | |
| Beth A. Signorini | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Respondents. | | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2018 DODGE CHARGER, VIN 2C3CDXCT7JH284938

This matter came before the Court on the Motion for Relief from Stay (the "Motion")

filed by USB Leasing LT ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor,

counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with

the Motion, and with notice of the hearing date on the Motion. No party filed a response or

otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these

reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay

imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its

successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the

balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the

Collateral.

Date: 2/23/2023

Judge Carlota M. Bohm
United States Bankruptcy Judge

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028,
Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street,
Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Scott R. Lowden, Attorney for Debtor, Nicotero & Lowden PC, 3948 Monroeville Blvd.,
Suite 2, Monroeville, PA  15146, niclowlgl@comcast.net (notified by ecf)

David A. Rice, Attorney for Attorney for Debtor, Rice & Associates Law Firm, 15 West Beau
Street, Washington, PA  15301, ricelaw1@verizon.net (notified by ecf)

August C. Signorini, Jr. and Beth A. Signorini, Debtor, 360 980 Road, McDonald, PA  15057
(notified by regular US Mail)

FILED
2/23/23 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-21899-CMB

August C. Signorini, Jr.                                                      Chapter 13

Beth A. Signorini

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                          Page 1 of 2
Date Rcvd: Feb 23, 2023                         Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com |
| David A. Rice | |
| | on behalf of Debtor August C. Signorini  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | |

District/off: 0315-2                         User: auto                              Page 2 of 2
Date Rcvd: Feb 23, 2023                  Form ID: pdf900                        Total Noticed: 1

on behalf of Joint Debtor Beth A. Signorini niclowlgl@comcast.net

Scott R. Lowden

on behalf of Debtor August C. Signorini  Jr. niclowlgl@comcast.net

Stephen Russell Franks

on behalf of Creditor USB Leasing LT amps@manleydeas.com

TOTAL: 8