**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/22/2023

IN RE:

| | |
|---|---|
| AUGUST C. SIGNORINI, JR.<br>BETH A. SIGNORINI<br>360 980 ROAD<br>MC DONALD,  PA  15057<br>XXX-XX-9816          Debtor(s)<br><br>XXX-XX-2543 | Case No.19-21899 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts\* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/22/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  2330 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:2   INT %:  5.00%<br>Court Claim Number:19<br>CLAIM:  37,200.00<br>COMMENT:  $/CL-PL@5%/PL@ALLY FNCL*W/36*DKT! | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6005 |
| **LOANDEPOT.COM LLC**<br>PO BOX 5710<br>CHICAGO, IL  60680-5681 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*CL23GOV W/NMPC*DKT4LMT*1ST/SCH*BGN 6/19*FR LOANDEPOT/CEN | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  9566 |
| **USB LEASING LT**<br>PO BOX 5227<br>CINCINNATI, OH  45201-5227 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  24,643.92<br>COMMENT:  RS/OE*$/CL-PL@PMT/PL-CL*LEASE/SCH D | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9803 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  1,360.03<br>COMMENT:  2313/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1002 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  3,426.40<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7693 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  2,824.56<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2828 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  2,097.92<br>COMMENT:  CHASE CARD SVCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1535 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  5,267.89<br>COMMENT:  HOME DEPOT*FR CITIBANK-DOC 42 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5501 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 1,882.85<br>COMMENT: HOME DEPOT*FR CITIBANK-DOC 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7652 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 207.03<br>COMMENT: FULL BEAUTY/SCH*ONESTOPPLUS.COM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2569 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,340.74<br>COMMENT: KAY JEWLERS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6518 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,128.88<br>COMMENT: ROAMANS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3321 |
| **FIRESTONE/CREDIT FIRST NA**<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 854.21<br>COMMENT: 0469/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9816 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 2,106.33<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3867 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDI**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 4,016.67<br>COMMENT: FINGERHUT/WEBBANK*FR QUANTUM3/BLUESTEM-DOC 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4123 |
| **PAYPAL CREDIT++**<br>PO BOX 105658<br><br>ATLANTA, GA 30348-5658 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9232 |
| **PAYPAL CREDIT++**<br>PO BOX 105658<br><br>ATLANTA, GA 30348-5658 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6301 |
| **SANTANDER CONSUMER USA****<br>PO BOX 961245<br><br>FT WORTH, TX 76161-1245 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3284 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4354 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1978 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 1,129.67<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6300 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 2,010.38<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7851 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 1,614.01<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1587 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 1,175.62<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2330 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 196.03<br>COMMENT: QCARD/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0903 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 981.97<br>COMMENT: SYNCHRONY/QCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0846 |
| **US BANK NA\*\***<br>PO BOX 5229<br><br>CINCINNATI, OH 45201 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~FORECLOSURE JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1582 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 127.10<br>COMMENT: $@0%/CL-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7712 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 711.41<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6290 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 4,938.73<br>COMMENT: WFB/SCH*CAP ONE/CABELA'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9533 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CENLAR~LOAN DEPOT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,044.67<br>COMMENT: NT/SCH*ACCT OPEN 8/7/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 5,759.67<br>COMMENT: NO GEN UNS/SCH*W/2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6005 |
| **LOANDEPOT.COM LLC**<br>PO BOX 5710<br>CHICAGO, IL 60680-5681 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 1,080.77<br>COMMENT: CL23GOV*$/CL-PL*THRU 5/19*FR LOANDEPOT/CENLAR-DOC 79 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9566 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WESTLAKE FINANCIAL SERVICES(*)**<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA 90010 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/STIP MDF PL*494.14x(18 REM MOS+2)=LMT*BGN 12/22*DKT! | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8884 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: USB LEASING/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |