**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**August C. Signorini, Jr.**
**Beth A. Signorini**

            **Debtor(s).**

Case No. 19-21899-CMB

Chapter 13

Related to Doc. Nos. 52 & 58

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  <u>The Trustee</u>

- ☐ a motion to lift stay
   as to creditor  _____

- ☐ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated <u>December 18, 2020</u>

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]                                  -1-

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>The claim of Ally Bank (Claim #19) shall govern as to amount paid at modified plan interest with payment determined by Trustee to pay in full.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___31ST___ day of ___March___, 202_3_

Dated: ___3/31/2023___

_____
United States Bankruptcy Judge

Stipulated by:

/s/ David A. Rice
David A. Rice (PA I.D. #50329)
Counsel to Debtor
Rice & Associates Law Firm
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-21899-CMB
August C. Signorini, Jr.   Chapter 13
Beth A. Signorini
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 4
Date Rcvd: Mar 31, 2023   Form ID: pdf900   Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |
| 15049257 | + | St. Clair Hospital, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15049261 | + | US Bank National Association, c/.o Christopher DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 15491189 | + | loanDepot.com, LLC, PO BOX 250009, Plano, TX 75025-0009 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 31 2023 23:39:39 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2023 23:39:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 31 2023 23:39:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2023 23:38:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15088993 | | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2023 23:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15049242 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2023 23:38:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15070680 | | Email/PDF: bncnotices@becket-lee.com | Mar 31 2023 23:39:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15049243 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2023 23:39:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15087122 | | Email/Text: BKPT@cfna.com | Mar 31 2023 23:38:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15049244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2023 23:39:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2023 23:39:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15089363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2023 23:39:26 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15049246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2023 23:39:26 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 19-21899-CMB    Doc 151    Filed 04/02/23    Entered 04/03/23 00:25:42    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15049247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 31 2023 23:38:00 | | Comenity Bank/Full Beauty, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 31 2023 23:38:00 | | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15049249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 31 2023 23:38:00 | | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049250 | + | Email/Text: BKPT@cfna.com Mar 31 2023 23:38:00 | | Credit First National / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15049251 | + | Email/PDF: creditonebknotifications@resurgent.com Mar 31 2023 23:39:33 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15049252 | | Email/Text: bnc-bluestem@quantum3group.com Mar 31 2023 23:38:00 | | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15049245 | | Email/PDF: ais.chase.ebn@aisinfo.com Mar 31 2023 23:39:31 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15064591 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Mar 31 2023 23:38:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15072833 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 31 2023 23:39:33 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15049253 | + | Email/Text: bknotification@loandepot.com Mar 31 2023 23:38:00 | | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15187426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2023 23:39:40 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15088992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2023 23:39:33 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15049254 | + | Email/PDF: gecsedi@recoverycorp.com Mar 31 2023 23:39:32 | | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15121355 | | Email/Text: bnc-quantum@quantum3group.com Mar 31 2023 23:38:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15084161 | | Email/Text: bnc-quantum@quantum3group.com Mar 31 2023 23:38:00 | | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15084163 | | Email/Text: bnc-quantum@quantum3group.com Mar 31 2023 23:38:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049255 | + | Email/Text: enotifications@santanderconsumerusa.com Mar 31 2023 23:38:00 | | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049256 | + | Email/Text: PFS.Analyst@stclair.org Mar 31 2023 23:38:00 | | St. Clair Hospital, P.O. Box 640831, Pittsburgh, PA 15264-0831 |
| 15086465 | + | Email/PDF: gecsedi@recoverycorp.com Mar 31 2023 23:39:31 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15049695 | + | Email/PDF: gecsedi@recoverycorp.com Mar 31 2023 23:39:24 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049258 | + | Email/PDF: gecsedi@recoverycorp.com Mar 31 2023 23:39:24 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049259 | + | Email/PDF: gecsedi@recoverycorp.com Mar 31 2023 23:39:39 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049260 | + | Email/PDF: gecsedi@recoverycorp.com Mar 31 2023 23:39:24 | | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15049262 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com Mar 31 2023 23:38:00 | | US BankCorp, Attn: Bankruptcy, Po Box 5229, |

Case 19-21899-CMB    Doc 151    Filed 04/02/23    Entered 04/03/23 00:25:42    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Cincinnati, OH 45201-5229 |
| 15081059 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 31 2023 23:38:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15084271 | | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2023 23:39:33 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15049263 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:39:39 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15081704 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:39:32 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15049264 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 31 2023 23:38:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15058973 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 31 2023 23:38:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15528637 | | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 31 2023 23:38:00 | Westlake Financial Services, P.O. Box 997592, Sacramento, CA 95899-7592 |
| 15049265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2023 23:39:24 | World's Foremost Bank / Cabellas, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15089160 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 31 2023 23:38:00 | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| cr | | USB Leasing LT |
| 15187427 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-2      User: auto      Page 4 of 4

Date Rcvd: Mar 31, 2023      Form ID: pdf900      Total Noticed: 50

    on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Debtor August C. Signorini  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Beth A. Signorini lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor August C. Signorini  Jr. lowdenscott@gmail.com

Stephen Russell Franks
    on behalf of Creditor USB Leasing LT amps@manleydeas.com


TOTAL: 8