2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-21899-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| August C. Signorini, Jr.<br>360 980 Road<br>McDonald PA 15057 | Beth A. Signorini<br>360 980 Road<br>McDonald PA 15057 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/27/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: Lakeview Loan Servicing, LLC, C/O Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 | M&T BANK Servicer of Lakeview Loan Servicing, LLC<br>PO BOX 840<br>Buffalo, NY 14120 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/01/25

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21899-CMB |
| August C. Signorini, Jr. | Chapter 13 |
| Beth A. Signorini | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 27, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15714868 | Email/Text: SERVICINGMAILHUB@flagstar.com | Feb 28 2025 01:22:00 | Lakeview Loan Servicing, LLC, C/O Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 01, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Debtor August C. Signorini Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 27, 2025 | Form ID: trc | Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Scott R. Lowden
   on behalf of Joint Debtor Beth A. Signorini lowdenscott@gmail.com

Scott R. Lowden
   on behalf of Debtor August C. Signorini Jr. lowdenscott@gmail.com

Stephen Russell Franks
   on behalf of Creditor USB Leasing LT amps@manleydeas.com

TOTAL: 10