**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: August C. Signorini, Jr.            ) | |
| Beth A. Signorini                               ) | Case No. 19-21899 CMB |
| ) | |
| ) | **Chapter 13** |
| ) | |
| Debtor(s).                   ) | |
| _____X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

        a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:   August C., Jr. and Beth A. Signorini

        a motion to lift stay
        as to creditor   _____

☒      Other:       The plan is being modified to provide for additional attorney fees to Rice & Associates Law Firm that are available without decreasing the percentage or amount to be paid to other creditors through the plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

        Chapter 13 Plan dated    _____
x      Amended Chapter 13 Plan dated     December 18, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x      Debtor(s) Plan payments shall be changed from $_____ to
        $_____ per Month, effective _____; and/or the Plan term shall be

-1-

      changed from 84   months to 68 months.

- ☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐    Debtor(s) shall file and serve _____ on or before _____.

- ☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒    Other:  <u>There are funds available pursuant in the confirmed plan to Rice & Associates Law Firm in the amount of $3,400.00 above the prior attorney fees awarded by Order of Court DN 138. A final Fee Application shall be filed by counsel for the Debtor that will be limited to the total additional amount of $3,400.00.</u>

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 18th day of March, 2025

SIGNED
3/18/25 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

/s/ James Warmbrodt
James Warmbrodt, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21899-CMB |
| August C. Signorini, Jr. | Chapter 13 |
| Beth A. Signorini | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |
| 16504797 | | M&T BANK Servicer of Lakeview Loan Servicing, LLC, PO BOX 840, Buffalo, NY 14120 |
| 15049257 | + | St. Clair Hospital, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15049261 | + | US Bank National Association, c/.o Christopher DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2025 00:41:02 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2025 00:28:57 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:29:12 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:41:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15088993 | | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2025 00:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15049242 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2025 00:24:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15070680 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 00:28:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15049243 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 00:40:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15087122 | | Email/Text: BKPT@cfna.com | Mar 19 2025 00:24:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15049244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:29:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:29:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049245 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 19 2025 00:41:50 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15089363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:28:58 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15049246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15049247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenity Bank/Full Beauty, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15049249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049250 | + | Email/Text: BKPT@cfna.com | Mar 19 2025 00:24:00 | Credit First National / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15049251 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2025 00:41:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15049252 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 19 2025 00:26:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15064591 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15072833 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:29:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15714868 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Mar 19 2025 00:24:00 | Lakeview Loan Servicing, LLC, C/O Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15049253 | + | Email/Text: bknotification@loandepot.com | Mar 19 2025 00:27:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15187426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:52:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15088992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:29:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15049254 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:28:42 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15121355 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15084161 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15084163 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049255 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 19 2025 00:26:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049256 | + | Email/Text: PFS.Analyst@stclair.org | Mar 19 2025 00:26:00 | St. Clair Hospital, P.O. Box 640831, Pittsburgh, PA 15264-0831 |
| 15086465 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2025 00:41:44 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15049695 | | ^ MEBN | Mar 19 2025 00:17:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049258 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 19 2025 00:28:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:41:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:39:44 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15049262 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 19 2025 00:26:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15081059 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 19 2025 00:26:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15084271 | | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2025 00:41:10 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15049263 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 00:29:20 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15081704 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 19 2025 00:29:19 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15049264 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 19 2025 00:26:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15058973 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 19 2025 00:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15528637 | | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 19 2025 00:26:00 | Westlake Financial Services, P.O. Box 997592, Sacramento, CA 95899-7592 |
| 15049265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:40:10 | World's Foremost Bank / Cabellas, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15491189 | | ^ MEBN | Mar 19 2025 00:17:28 | loanDepot.com, LLC, PO BOX 250009, Plano, TX 75025-0009 |
| 15089160 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 19 2025 00:25:00 | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LOANDEPOT.COM, LLC |
| cr | | USB Leasing LT |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15187427 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor August C. Signorini  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Beth A. Signorini lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor August C. Signorini  Jr. lowdenscott@gmail.com |
| Stephen Russell Franks | on behalf of Creditor USB Leasing LT amps@manleydeas.com |

TOTAL: 10