IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| August C. Signorini, Jr. | ) | Bankruptcy No. 19-21899 CMB |
| Beth A. Signorini | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | Related to: Document No. 170 |
| v. | ) | |
| No Respondent | ) | **ENTERED BY DEFAULT** |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, this  8th  day of        April         , 2025, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $14,588.63, of which $14,382.50 are attorney fees and $206.13 are costs, and that the total previously allowed Attorney's Fees and Costs were $11,526.40.  This award covers the period from 1/12/2023 to 3/21/2025.

Therefore, the Application in its face amount of $3,062.23 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $3,062.23 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between January 12, 2023 and March 21, 2025 in the amount of **$3,025.00** and expenses in the amount of **$37.23** for a total of **$3,062.23**.  The total award of compensation for services to date is **$14,382.50** and expenses in the amount of **$206.13** for a grand total in the amount of **$14,588.63.**

BY THE COURT:

*Carlota M. Böhm*           glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
4/8/25 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
August C. Signorini, Jr.  
Beth A. Signorini  
    Debtors

Case No. 19-21899-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Apr 08, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor August C. Signorini Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Apr 08, 2025 Form ID: pdf900 Total Noticed: 1

Scott R. Lowden
    on behalf of Joint Debtor Beth A. Signorini lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor August C. Signorini Jr. lowdenscott@gmail.com

Stephen Russell Franks
    on behalf of Creditor USB Leasing LT amps@manleydeas.com

TOTAL: 9