Certificate Number: 03621-PAW-DE-040383682

Bankruptcy Case Number: 19-21899



03621-PAW-DE-040383682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2025</u>, at <u>5:25</u> o'clock <u>PM EST</u>, <u>August C Signorini</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania.</u>

Date:   <u>December 5, 2025</u>         By:    <u>/s/Kate Casique</u>

                                       Name:  <u>Kate Casique</u>

                                       Title: <u>Credit Counselor</u>