Certificate Number: 03621-PAW-DE-040383684

Bankruptcy Case Number: 19-21899



03621-PAW-DE-040383684

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2025, at 5:25 o'clock PM EST, Beth A Signorini completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: December 5, 2025          By: /s/Kate Casique

                                Name: Kate Casique

                                Title: Credit Counselor