IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   August Signorini,                        :        Bankruptcy No. 19-21899-CMB
         Beth Signorini,                          :
                              Debtor(s)           :
                                                  :
         August Signorini,                        :
         Beth Signorini,                          :
                              Movant(s)           :
              v.                                  :
                                                  :
         No Respondents                           :
                              Respondent(s)       :

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.   The Debtors have made all payments required by the Chapter 13 Plan.

2.   Include whichever one of the two following statements applies:
     [The Debtors are not required to pay any Domestic Support Obligations]

3.   The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.   The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.   On December 7, 2025, at docket numbers 180 and 181, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

     This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated:  March 6, 2026          By:     /s/ David A Rice
                                       Signature
                                       David A Rice
                                       Name of Filer – Typed
                                       PA ID 50329
                                       Rice & Associates Law Firm
                                       15 West Beau Street
                                       Washington, PA 15301
                                       (724) 225-7270
                                       ricelaw1@verizon.net