**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **AUGUST C. SIGNORINI, JR.** |
| Debtor 2 (Spouse, if filing) | **BETH A. SIGNORINI** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **19-21899CMB** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** LAKEVIEW LOAN SERVICING LLC

**Court claim no.** (if known): 23

**Last 4 digits** of any number you use to identify the debtor's account: 0 1 3 7

**Property Address:** 360 980 RD
Number        Street

MCDONALD                                         PA      15057
City                                             State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,080.77 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,080.77 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,080.77 |

**Part 4:** **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $_____75,909.80

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on March 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $_____-0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour _____   Date   03/27/2026
Signature

Trustee   Ronda J. Winnecour _____
First Name          Middle Name          Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
Number      Street

PITTSBURGH _____   PA   15219
City                                State   ZIP Code

Contact phone   (412) 471-5566 _____   Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **SIGNORINI, JR.** | Case Number **19-21899CMB** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 23 | LOANDEPOT.COM | 02/25/2020 | 1150338 | Amounts Disbursed To Creditor | 762.22 |
| 23 | LOANDEPOT.COM | 03/23/2020 | 1153819 | Amounts Disbursed To Creditor | 318.55 |
| | | | | Total for Claim Number 23: | 1,080.77 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,080.77** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 23 | LOANDEPOT.COM | 07/29/2019 | 1126400 | Amounts Disbursed To Creditor | 1,782.00 |
| 23 | LOANDEPOT.COM | 08/27/2019 | 1129870 | Amounts Disbursed To Creditor | 1,045.14 |
| 23 | LOANDEPOT.COM | 09/24/2019 | 1133179 | Amounts Disbursed To Creditor | 1,141.53 |
| 23 | LOANDEPOT.COM | 10/24/2019 | 1136506 | Amounts Disbursed To Creditor | 877.37 |
| 23 | LOANDEPOT.COM | 11/25/2019 | 1139976 | Amounts Disbursed To Creditor | 1,091.46 |
| 23 | LOANDEPOT.COM | 12/23/2019 | 1143355 | Amounts Disbursed To Creditor | 1,095.31 |
| 23 | LOANDEPOT.COM | 01/28/2020 | 1146814 | Amounts Disbursed To Creditor | 1,071.98 |
| 23 | LOANDEPOT.COM | 02/25/2020 | 1150338 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 03/23/2020 | 1153819 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 04/27/2020 | 1157281 | Amounts Disbursed To Creditor | 167.44 |
| 23 | LOANDEPOT.COM | 05/26/2020 | 1160621 | Amounts Disbursed To Creditor | 1,633.36 |
| 23 | LOANDEPOT.COM | 06/26/2020 | 1163758 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 07/29/2020 | 1166879 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 08/25/2020 | 1169956 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 09/28/2020 | 1173043 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 10/26/2020 | 1176130 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 11/24/2020 | 1179205 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 12/21/2020 | 1182159 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 01/25/2021 | 1185123 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 02/22/2021 | 1188250 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 03/26/2021 | 1191531 | Amounts Disbursed To Creditor | 900.40 |
| 23 | LOANDEPOT.COM | 04/26/2021 | 1194790 | Amounts Disbursed To Creditor | 942.70 |
| 23 | LOANDEPOT.COM | 05/25/2021 | 1197922 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 06/25/2021 | 1201104 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 07/26/2021 | 1204308 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 08/26/2021 | 1207430 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 09/24/2021 | 1210550 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 10/25/2021 | 1213624 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 11/22/2021 | 1216665 | Amounts Disbursed To Creditor | 908.86 |
| 23 | LOANDEPOT.COM | 12/23/2021 | 1219730 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM | 01/26/2022 | 1222798 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM | 02/23/2022 | 1225686 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM | 03/25/2022 | 1228638 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM | 04/26/2022 | 1231686 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM | 05/25/2022 | 1234726 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 06/27/2022 | 1237748 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 07/26/2022 | 1240692 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 08/24/2022 | 1243587 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 09/27/2022 | 1246451 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 10/25/2022 | 1249283 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 11/23/2022 | 1252056 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 12/22/2022 | 1254822 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 01/26/2023 | 1257561 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 02/23/2023 | 1260181 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 03/28/2023 | 1262948 | Amounts Disbursed To Creditor | 921.53 |
| 23 | LOANDEPOT.COM LLC | 04/25/2023 | 1265769 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 05/25/2023 | 1268619 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 06/26/2023 | 1271518 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 07/25/2023 | 1274289 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 08/25/2023 | 1277060 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 09/26/2023 | 1279816 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 10/24/2023 | 1274289 | Cancelled Check To Creditor/Continuing De | -918.73 |
| 23 | LOANDEPOT.COM LLC | 10/24/2023 | 1281065 | Prewritten Check To Creditor/Continuing De | 918.73 |
| 23 | LOANDEPOT.COM LLC | 10/25/2023 | 1282526 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 11/27/2023 | 1285210 | Amounts Disbursed To Creditor | 918.73 |
| 23 | LOANDEPOT.COM LLC | 01/26/2024 | 1290477 | Amounts Disbursed To Creditor | 1,816.28 |
| 23 | LOANDEPOT.COM LLC | 02/26/2024 | 1293150 | Amounts Disbursed To Creditor | 911.67 |
| 23 | LOANDEPOT.COM LLC | 03/26/2024 | 1295790 | Amounts Disbursed To Creditor | 911.67 |
| 23 | LOANDEPOT.COM LLC | 04/25/2024 | 1298445 | Amounts Disbursed To Creditor | 911.67 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 05/29/2024 | 1301088 | Amounts Disbursed To Creditor | 911.67 |

| Debtor 1 | **SIGNORINI, JR.** | | Case Number **19-21899CMB** | | | Page 2 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 23 | LAKEVIEW LOAN SERVICING LLC | 06/25/2024 | 1303640 | Amounts Disbursed To Creditor | 911.67 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 07/25/2024 | 1306224 | Amounts Disbursed To Creditor | 327.10 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 01/28/2025 | 1321383 | Amounts Disbursed To Creditor | 6,275.16 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 02/25/2025 | 1323817 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 03/26/2025 | 1326288 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 04/25/2025 | 1328769 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 05/23/2025 | 1331196 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 06/25/2025 | 1333638 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 07/25/2025 | 1336114 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 08/26/2025 | 1338537 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 09/25/2025 | 1340942 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 10/24/2025 | 1343419 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 11/21/2025 | 1345726 | Amounts Disbursed To Creditor | 997.63 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 12/23/2025 | 1348064 | Amounts Disbursed To Creditor | 963.06 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 01/27/2026 | 1350445 | Amounts Disbursed To Creditor | 963.06 |
| 23 | LAKEVIEW LOAN SERVICING LLC | 02/24/2026 | 1352792 | Amounts Disbursed To Creditor | 963.06 |

Total for Claim Number 23:   75,909.80

**Total for Part 4 - a (Postpetition Payments):**   **75,909.80**

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

AUGUST C. SIGNORINI, JR.
BETH A. SIGNORINI
360 980 ROAD
MC DONALD, PA  15057

DAVID A RICE ESQ
RICE & ASSOCIATES LAW FIRM
15 W BEAU ST
WASHINGTON, PA  15301

FLAGSTAR BANK FSB
BANKRUPTCY DEPT
5151 CORPORATE DR
TROY, MI  48098-2639

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

LAKEVIEW LOAN SERVICING LLC
C/O M & T BANK
ATTN TRUSTEE PAYMENT CTR
PO BOX 1288
BUFFALO, NY  14240-1288


Dated: 03/27/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee