FILED
3/24/26 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY DENISE CARLON, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF MATTHEW FISSEL, ESQUIRE, IN VARIOUS OPEN CASES | Miscellaneous No. 26-202-GLT<br><br>Related to Docket No. 2 |

## ORDER OF COURT

AND NOW, this 24th Day of March, 2026, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Denise Carlon, Esquire, and Enter the Appearance of Matthew Fissel, Esquire, it is hereby

ORDERED that the Motion is granted, and Denise Carlon, Esquire, is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Matthew Fissel, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Carlon in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court