**Fill in this information to identify the case:**

Debtor 1     August C. Signorini Jr.

Debtor 2     Beth A. Signorini
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of Pennsylvania
(State)

Case number   19-21899 CMB

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:     Lakeview Loan Servicing, LLC**

**Court claim no**. (if known):

23-1

**Last 4 digits** of any number you use to identify the debtor's account: 0137

**Property address:**

**360 980 Rd**
Number        Street
**Mc Donald   PA 15057**
City                              State        ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:     $ 1,080.77                        .

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:     $ _____ .

☒   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:     $ _____ .

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:  __/ / __.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

　 i.　Date last payment was received on the mortgage:　　　　　04 / 03 / 2026

　 ii.　Date next postpetition payment from the debtor is due:　　　05 / 01 / 2026

　 iii.　Amount of the next postpetition payment that is due:　　　$　963.06

　 iv.　Unpaid principal balance of the loan:　　　　　　　　　　$ 101,347.34

　 v.　Additional amounts due for any deferred or accrued interest:　$　295.36

　 vi.　Balance of the escrow account:　　　　　　　　　　　　　$　1,861.57

　 vii.　Balance of unapplied funds or funds held in a suspense account:　$　0.00

　 viii.　Total amount of fees, charges, expenses, negative escrow
　　　　amounts, or costs remaining unpaid:　　　　　　　　　　$　66.67 (MIP)

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

☒   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel   Date April 24, 2026
             Signature

Name      Matthew Fissel
            First name        Middle name        Last name

Title       Attorney for Secured Creditor

Company    KML Law Group, P.C.
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     701 Market Street, Suite, 5000
            Number          Street

             Philadelphia                       PA          19196

             City                           State       ZIP Code

Contact phone    (215) 627-1322                    Email bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Beth A. Signorini**<br>     **August C. Signorini Jr.**<br>                 **Debtor(s)** | **BK NO. 19-21899 CMB** |
| | **Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>                 **Movant**<br>**vs.** | **Related to Claim No. 23-1** |
| **Beth A. Signorini**<br>**August C. Signorini Jr.**<br>                 **Debtor(s)** | |
| **Ronda J. Winnecour**,<br>                 **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Beth A. Signorini
360 980 Road
McDonald, PA 15057

August C. Signorini Jr.
360 980 Road
McDonald, PA 15057

<u>Attorney for Debtor(s) (via ECF)</u>
Scott R. Lowden, Esq.
100 Heathmore Ave.
Pittsburgh, PA 15227

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: <u>April 24, 2026</u>

                                           **/s/ Matthew Fissel**
                                           Matthew Fissel
                                           Attorney I.D. 314567
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           215-627-1322
                                           mfissel@kmllawgroup.com