**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

AUGUST C. SIGNORINI, JR.
BETH A. SIGNORINI
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:19-21899

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2026

/s/  Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/08/2019  and confirmed on 6/13/19 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 238,902.70 |
| Less Refunds to Debtor | 2,829.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 236,073.15 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 13,588.63 | |
|   Trustee Fee | 12,631.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 26,219.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 75,909.80 | 0.00 | 75,909.80 |
|   Acct: 0137 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 1,080.77 | 1,080.77 | 0.00 | 1,080.77 |
|   Acct: 0137 | | | | |
| WELLS FARGO BANK NA | 127.10 | 127.10 | 0.00 | 127.10 |
|   Acct: 7712 | | | | |
| ALLY BANK(*) | 37,200.00 | 37,200.00 | 5,050.33 | 42,250.33 |
|   Acct: 6005 | | | | |
| | | | | 119,368.00 |
| **Priority** | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AUGUST C. SIGNORINI, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AUGUST C. SIGNORINI, JR. | 1,512.00 | 1,512.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AUGUST C. SIGNORINI, JR. | 1,317.55 | 1,317.55 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID A RICE ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICE AND ASSOCIATES | 2,162.60 | 2,162.60 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX7-21 | | | | |
| RICE AND ASSOCIATES | 5,363.80 | 5,363.80 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-23 | | | | |
| RICE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICE AND ASSOCIATES | 3,062.23 | 3,062.23 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-25 | | | | |
| USB LEASING LT | 24,643.92 | 24,643.92 | 0.00 | 24,643.92 |
|   Acct: 9803 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 19,765.60 | 0.00 | 19,765.60 |
|   Acct: 8884 | | | | |

19-21899

Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 44,409.52 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | 1,360.03 | 1,360.03 | 0.00 | 1,360.03 |
| Acct: 1002 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 3,426.40 | 3,426.40 | 0.00 | 3,426.40 |
| Acct: 7693 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 2,824.56 | 2,824.56 | 0.00 | 2,824.56 |
| Acct: 2828 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 2,097.92 | 2,097.92 | 0.00 | 2,097.92 |
| Acct: 1535 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,267.89 | 5,267.89 | 0.00 | 5,267.89 |
| Acct: 5501 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,882.85 | 1,882.85 | 0.00 | 1,882.85 |
| Acct: 7652 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 207.03 | 207.03 | 0.00 | 207.03 |
| Acct: 2569 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,340.74 | 1,340.74 | 0.00 | 1,340.74 |
| Acct: 6518 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,128.88 | 1,128.88 | 0.00 | 1,128.88 |
| Acct: 3321 | | | | |
| FIRESTONE/CREDIT FIRST NA | 854.21 | 854.21 | 0.00 | 854.21 |
| Acct: 9816 | | | | |
| LVNV FUNDING LLC | 2,106.33 | 2,106.33 | 0.00 | 2,106.33 |
| Acct: 3867 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO I | 4,016.67 | 4,016.67 | 0.00 | 4,016.67 |
| Acct: 4123 | | | | |
| PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9232 | | | | |
| PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6301 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3284 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4354 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1978 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,129.67 | 1,129.67 | 0.00 | 1,129.67 |
| Acct: 6300 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,010.38 | 2,010.38 | 0.00 | 2,010.38 |
| Acct: 7851 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,614.01 | 1,614.01 | 0.00 | 1,614.01 |
| Acct: 1587 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,175.62 | 1,175.62 | 0.00 | 1,175.62 |
| Acct: 2330 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 196.03 | 196.03 | 0.00 | 196.03 |
| Acct: 0903 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 981.97 | 981.97 | 0.00 | 981.97 |
| Acct: 0846 | | | | |
| US BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1582 | | | | |
| WEST PENN POWER* | 711.41 | 711.41 | 0.00 | 711.41 |
| Acct: 6290 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,938.73 | 4,938.73 | 0.00 | 4,938.73 |
| Acct: 9533 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,044.67 | 1,044.67 | 0.00 | 1,044.67 |
| Acct: 0003 | | | | |

19-21899

Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| ALLY BANK(*) | 5,759.67 | 5,759.67 | 0.00 | 5,759.67 |
| Acct: 6005 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2330 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 46,075.67 |

TOTAL PAID TO CREDITORS                                                           209,853.19

TOTAL CLAIMED
PRIORITY            24,643.92
SECURED            38,407.87
UNSECURED        46,075.67

Date: 04/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    AUGUST C. SIGNORINI, JR.
    BETH A. SIGNORINI
          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:19-21899

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

August C. Signorini, Jr.

Beth A. Signorini

    Debtors

Case No. 19-21899-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: auto          Page 1 of 4

Date Rcvd: Apr 28, 2026          Form ID: pdf900          Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |
| 16504797 | | M&T BANK Servicer of Lakeview Loan Servicing, LLC, PO BOX 840, Buffalo, NY 14120 |
| 15049257 | + | St. Clair Hospital, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15049261 | + | US Bank National Association, c/.o Christopher DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 00:58:16 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 00:58:16 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:57:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:58:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2026 00:47:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15088993 | | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 00:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15049242 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 00:46:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15070680 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2026 00:58:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15049243 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2026 00:57:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15087122 | | Email/Text: BKPT@cfna.com | Apr 29 2026 00:46:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15049244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049245 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0315-2

User: auto

Page 2 of 4

Date Rcvd: Apr 28, 2026

Form ID: pdf900

Total Noticed: 53

| | | | |
|---|---|---|---|
| | | Apr 29 2026 00:58:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15089363 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2026 00:58:37 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15049246 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2026 00:57:59 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15049247 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Full Beauty, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049248 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15049249 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049250 | + Email/Text: BKPT@cfna.com | Apr 29 2026 00:46:00 | Credit First National / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15049251 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 00:58:15 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15049252 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:57:46 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15064591 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 29 2026 00:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15072833 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 00:58:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15714868 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2026 00:46:00 | Lakeview Loan Servicing, LLC, C/O Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15049253 | + Email/Text: bknotification@loandepot.com | Apr 29 2026 00:48:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15187426 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:57:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15088992 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:58:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15049254 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:11 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15121355 | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2026 00:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15084161 | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2026 00:47:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15084163 | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2026 00:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049255 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2026 00:48:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049256 | + Email/Text: PFS.Analyst@stclair.org | Apr 29 2026 00:48:00 | St. Clair Hospital, P.O. Box 640831, Pittsburgh, PA 15264-0831 |
| 15086465 | + Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:58:35 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15049695 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:57:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049258 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0315-2                   User: auto                                    Page 3 of 4

Date Rcvd: Apr 28, 2026                Form ID: pdf900                               Total Noticed: 53

| | | | Apr 29 2026 00:58:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 15049259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:10 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15049262 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 29 2026 00:48:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15081059 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 29 2026 00:48:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15084271 | | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:58:19 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15049263 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 29 2026 00:58:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15081704 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 29 2026 00:58:13 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15049264 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 29 2026 00:48:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15058973 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 29 2026 00:48:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15528637 | | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 29 2026 00:47:00 | Westlake Financial Services, P.O. Box 997592, Sacramento, CA 95899-7592 |
| 15049265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | World's Foremost Bank / Cabellas, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15491189 | ^ | MEBN | Apr 29 2026 00:41:42 | loanDepot.com, LLC, PO BOX 250009, Plano, TX 75025-0009 |
| 15089160 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 29 2026 00:46:00 | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LOANDEPOT.COM, LLC |
| cr | | USB Leasing LT |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15187427 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 28, 2026 | Form ID: pdf900 | Total Noticed: 53

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Adam Bradley Hall
    on behalf of Creditor USB Leasing LT amps@manleydeas.com

David A. Rice
    on behalf of Debtor August C. Signorini  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com

Matthew Fissel
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel
    on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor August C. Signorini  Jr. lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Beth A. Signorini lowdenscott@gmail.com

TOTAL: 9