**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | August C. Signorini Jr. | Social Security number or ITIN   xxx–xx–9816 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Beth A. Signorini | Social Security number or ITIN   xxx–xx–2543 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–21899–CMB

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

August C. Signorini Jr.

Beth A. Signorini

6/15/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21899-CMB |
| August C. Signorini, Jr. | Chapter 13 |
| Beth A. Signorini | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 15, 2026 | Form ID: 3180W | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | August C. Signorini, Jr., Beth A. Signorini, 360 980 Road, McDonald, PA 15057-2896 |
| 16504797 | | M&T BANK Servicer of Lakeview Loan Servicing, LLC, PO BOX 840, Buffalo, NY 14120 |
| 15049257 | + | St. Clair Hospital, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15049261 | + | US Bank National Association, c/.o Christopher DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 16 2026 04:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 16 2026 04:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 16 2026 04:17:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 16 2026 04:17:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jun 16 2026 04:17:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jun 16 2026 04:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: Q3G.COM | Jun 16 2026 04:17:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15088993 | | EDI: GMACFS.COM | Jun 16 2026 04:17:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15049242 | + | EDI: GMACFS.COM | Jun 16 2026 04:17:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15070680 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 00:34:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15049243 | + | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 00:34:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15087122 | | EDI: CRFRSTNA.COM | Jun 16 2026 04:17:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |

District/off: 0315-2                           User: auto                                          Page 2 of 4
Date Rcvd: Jun 15, 2026                        Form ID: 3180W                               Total Noticed: 55

| | | | |
|---|---|---|---|
| 15049244 | + EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081190 | EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049245 | + EDI: JPMORGANCHASE | Jun 16 2026 04:17:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15089363 | + EDI: CITICORP | Jun 16 2026 04:17:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15049246 | + EDI: CITICORP | Jun 16 2026 04:17:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15049247 | + EDI: WFNNB.COM | Jun 16 2026 04:17:00 | Comenity Bank/Full Beauty, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049248 | + EDI: WFNNB.COM | Jun 16 2026 04:17:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15049249 | + EDI: WFNNB.COM | Jun 16 2026 04:17:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15049250 | + EDI: CRFRSTNA.COM | Jun 16 2026 04:17:00 | Credit First National / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15049251 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2026 00:34:46 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15049252 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2026 00:34:44 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15064591 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 16 2026 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15072833 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 00:34:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15714868 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2026 00:25:00 | Lakeview Loan Servicing, LLC, C/O Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15049253 | + Email/Text: bknotification@loandepot.com | Jun 16 2026 00:25:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15187426 | EDI: PRA.COM | Jun 16 2026 04:17:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15088992 | EDI: PRA.COM | Jun 16 2026 04:17:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15049254 | + EDI: SYNC | Jun 16 2026 04:17:00 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15121355 | EDI: Q3G.COM | Jun 16 2026 04:17:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15084161 | EDI: Q3G.COM | Jun 16 2026 04:17:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15084163 | EDI: Q3G.COM | Jun 16 2026 04:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049255 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 16 2026 00:25:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15049256 | + Email/Text: PFS.Analyst@stclair.org | Jun 16 2026 00:25:00 | St. Clair Hospital, P.O. Box 640831, Pittsburgh, PA 15264-0831 |
| 15086465 | + EDI: AIS.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: 3180W | Total Noticed: 55 |

|  |  |  | Jun 16 2026 04:17:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 15049695 | + | EDI: PRA.COM | Jun 16 2026 04:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049258 | + | EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049259 | + | EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15049260 | + | EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15049262 | + | EDI: USBANKARS.COM | Jun 16 2026 04:17:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15081059 |  | EDI: USBANKARS.COM | Jun 16 2026 04:17:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15084271 |  | EDI: AIS.COM | Jun 16 2026 04:17:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15049263 | + | EDI: WFHOME | Jun 16 2026 04:17:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15081704 |  | EDI: WFCCSBK | Jun 16 2026 04:17:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15049264 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 16 2026 00:25:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15058973 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 16 2026 00:25:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15528637 |  | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 16 2026 00:25:00 | Westlake Financial Services, P.O. Box 997592, Sacramento, CA 95899-7592 |
| 15049265 | + | EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | World's Foremost Bank / Cabellas, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15491189 | ^ | MEBN | Jun 16 2026 00:20:55 | loanDepot.com, LLC, PO BOX 250009, Plano, TX 75025-0009 |
| 15089160 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jun 16 2026 00:25:00 | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr |  | LOANDEPOT.COM, LLC |
| cr |  | USB Leasing LT |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15187427 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0315-2                    User: auto                              Page 4 of 4
Date Rcvd: Jun 15, 2026                 Form ID: 3180W                          Total Noticed: 55

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor USB Leasing LT amps@manleydeas.com |
| David A. Rice | on behalf of Joint Debtor Beth A. Signorini ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor August C. Signorini  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor August C. Signorini  Jr. lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Beth A. Signorini lowdenscott@gmail.com |

TOTAL: 9